FILED

06 SEP 22 AM 10: 17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PPV  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 06cr0610-BEN |
| Plaintiff, ) | |
| v. ) | **ORDER TO CONTINUE**<br>*IN LIMINE* **MOTIONS AND TRIAL DATES** |
| JOAQUIN AYALA-OROS, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED**, for good cause, that the *in limine* motions date in the above-captioned case be continued from September 18, at 9:00 a.m. to October 16, 2006, at 2 p.m., and the trial date be continued from September 20, at 9 a.m. to October 24, 2006, at 9:30 a.m.

**SO ORDERED.**

Dated: 9/21/06

HONORABLE ROGER T. BENITEZ
United States District Judge